IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES BRYANT PHIFER,

    Plaintiff,

    v.

SECRETARY UNITED STATES
DEPARTMENT OF HOUSING
AND URBAN DEVELOPMENT,

    Defendant.

_____/

No. CIV S-08-0299 LEW DAD PS

<u>ORDER GRANTING REQUEST TO
PROCEED IN FORMA PAUPERIS,
DIRECTING CLERK TO SEND MATERIALS
FOR SERVICE, AND REQUIRING SERVICE
BY UNITED STATES MARSHAL</u>

        Plaintiff, proceeding pro se, has filed a civil rights complaint alleging claims under the Fair Housing Act and the Americans With Disabilities Act concerning reasonable accommodation in housing and plaintiff's enrollment date for a housing voucher program.

        Plaintiff initially submitted his complaint to the United States District Court for the District of Columbia, where it was received on December 14, 2007 and filed on January 10, 2008.  The District of Columbia court found that venue was not proper in that court and therefore issued an order transferring the case to the United States District Court for the Eastern District of California.  Plaintiff filed a motion objecting to the transfer.  Although it appears from the docket for the District of Columbia case that plaintiff's motion was denied, a copy of the order was not included in the file transferred to this court.

1   Upon receipt of the incomplete file on February 8, 2008, the case was randomly
2   assigned to the Honorable Ronald S.W. Lew and to the undersigned magistrate judge.  The
3   proceeding has been referred to the undersigned pursuant to Local Rule 72-302(c)(21).[1]
4   Plaintiff's complaint was accompanied by an application to proceed in forma
5   pauperis under 28 U.S.C. § 1915.  The undersigned finds that plaintiff's application makes the
6   showing required by § 1915(a) and demonstrates plaintiff's inability to prepay fees or give
7   security for them.  Plaintiff's application to proceed in forma pauperis will be granted.
8   Accordingly, IT IS HEREBY ORDERED that:
9   1. Plaintiff's January 10, 2008 application to proceed in forma pauperis is
10  granted;
11  2. The Clerk of the Court is directed to affix to plaintiff's January 10, 2008
12  complaint the case number assigned to the action in this court;
13  3. The Clerk of the Court is directed to issue process and to send plaintiff (1) an
14  instruction sheet for service of process by the United States Marshal, (2) one USM-285 form and
15  one summons form, and (3) an endorsed copy of plaintiff's complaint bearing the case number
16  assigned to the action in this court;
17  4. Plaintiff shall follow the instructions provided by the Clerk of the Court and
18  shall submit the properly completed materials for service, along with a copy of this order, to the
19  United States Marshal within twenty (20) days after being served with this order;
20  5. Within five (5) days after submitting all materials to the United States Marshal,
21  plaintiff shall file a statement with the court advising the court of the date on which he submitted
22  the documents to the United States Marshal for service;
23  /////

---

[1] Plaintiff is proceeding in this court on similar claims against the Sacramento City and County Housing and Redevelopment Agency and its executive director, case # 2:07-cv-00747 LKK DAD PS, filed April 19, 2007.

6. Within thirty (30) days after receiving the necessary materials from plaintiff, the United States Marshal is directed to serve process on defendant Secretary of the United States Department of Housing and Urban Development; and

7. The Clerk of the Court is directed to serve courtesy copies of this order on attorneys Thomas Allen Cregger and Wendy M. Motooka at the electronic addresses registered in <u>Phifer v. Sacramento City and County Housing and Redevelopment Agency, et al.</u>, case # 2:07-cv-00747 LKK DAD PS, but shall not add the attorneys to the service list for this case.

DATED: February 28, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.prose\phifer0299.ifp.serve