IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES BRYANT PHIFER,

    Plaintiff,

    v.

SECRETARY UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,

    Defendant.

_____/

No. CIV S-08-0299 LKK DAD PS

<u>ORDER SETTING STATUS (PRETRIAL SCHEDULING) CONFERENCE</u>

This action has been referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21) for all purposes encompassed by that provision. Defendant has filed an answer to plaintiff's complaint.

The parties are informed that United States Magistrate Judges in this district are available to conduct all proceedings in an action. Thus, the parties in this case may, if all consent, proceed to trial, whether by jury or by the court without a jury, before the assigned United States Magistrate Judge while preserving the right to appeal directly to the Ninth Circuit Court of Appeals. An appropriate form for consent to proceed before a magistrate judge will accompany this order. A party who chooses to consent may complete the form and return it to the Clerk of the Court at any time. Neither the magistrate judge nor the district judge assigned to

the case will be notified of the filing of a consent form unless all parties to the action have filed consent forms.

Pursuant to the provisions of Rule 16 of the Federal Rules of Civil Procedure, IT IS ORDERED that:

1. A Status (Pretrial Scheduling) Conference is set for **September 5, 2008, at 11:00 a.m.**, in Courtroom No. 27, before Magistrate Judge Dale A. Drozd.

2. Each party shall appear at the Status Conference by counsel or, if acting without counsel, on his own behalf.  A party may appear at the Status Conference either in person or telephonically.  To arrange telephonic appearance, the party shall contact Pete Buzo, the courtroom deputy of the undersigned magistrate judge, at (916) 930-4128 no later than three days before the Status (Pretrial Scheduling) Conference.

3. Plaintiff shall file and serve a status report on or before **August 22, 2008,** and defendant shall file and serve a status report on or before **August 29, 2008**.  Each status report shall address all of the following matters:

    a.    Progress of service of process;

    b.    Possible joinder of additional parties;

    c.    Any expected or desired amendment of the pleadings;

    d.    Jurisdiction and venue;

    e.    Anticipated motions and the scheduling thereof;

    f.    Anticipated discovery and the scheduling thereof, including disclosure of expert witnesses;

    g.    Future proceedings, including the setting of appropriate cut-off dates for discovery and for law and motion, and the scheduling of a final pretrial conference and trial;

    h.    Modification of standard pretrial procedures specified by the rules due to the relative simplicity or complexity of the action;

        i.      Whether the case is related to any other case, including matters in bankruptcy;

        j.      Whether the parties will stipulate to the magistrate judge assigned to this matter acting as settlement judge, waiving any disqualifications by virtue of his so acting, or whether they prefer to have a Settlement Conference before another judge;

        k.      Whether the parties intend to consent to proceed before a United States Magistrate Judge; and

        l.      Any other matters that may aid in the just and expeditious disposition of this action.

4. The Clerk of the Court shall send each party, along with this order, a copy of the form "Consent to Proceed Before United States Magistrate Judge."

DATED: July 3, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
DDad1\orders.prose\phifer0299.ossc