IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES BRYANT PHIFER,

    Plaintiff,

    v.

SECRETARY UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,

    Defendant.

                              /

No. CIV S-08-0299 LKK DAD PS

ORDER VACATING STATUS (PRETRIAL SCHEDULING) CONFERENCE

This matter is on calendar for a status conference before the undersigned on September 5, 2008. However, defendant's motion to dismiss for lack of jurisdiction has been noticed for hearing on August 29, 2008. Accordingly, IT IS ORDERED that the Status (Pretrial Scheduling) Conference set for September 5, 2008 is vacated as premature, and no status reports are to be filed. The status conference will be rescheduled at a later time, if appropriate.

DATED: August 11, 2008.

*[signature]*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.prose\phifer0299.ord.vacsc