IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES B. PHIFER,

                  Plaintiff,

      v.

UNITED STATES DEPARTMENT
OF HOUSING AND URBAN
DEVELOPMENT,

                  Defendant.

Case No. 2:08-CV-00299-JAM-DAD PS

ORDER GRANTING DEFENDANT'S EX
PARTE APPLICATION TO STAY
DISCOVERY PENDING COURT'S RULING
ON DEFENDANT'S DISPOSITIVE MOTION

Defendant's November 19, 2008 *ex parte* application to stay discovery pending the Court's final ruling on defendant's dispositive motion is hereby GRANTED. If the District Judge issues an order denying defendant's motion, the stay of discovery will expire thirty days after the order is filed, and the undersigned will reschedule the Status (Pretrial Scheduling) Conference that was vacated by order filed August 12, 2008.

IT IS SO ORDERED.

DATED: November 21, 2008.

_Dale A. Drozd_
_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.prose/phifer0299.ord.discstay