IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES BRYANT PHIFER,

    Plaintiff,                    No. CIV S-08-0299 LKK DAD PS

    vs.

SECRETARY UNITED STATES
DEPARTMENT OF HOUSING
AND URBAN DEVELOPMENT,

    Defendant.                  ORDER

_____/

        Plaintiff, proceeding pro se, filed the above-entitled action alleging housing discrimination. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

        On February 2, 2009, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff has filed timely objections, and defendant has filed a timely reply.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire

/////

file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 2, 2009, are adopted in full;

2. Defendant's July 21, 2008 motion to dismiss with prejudice for lack of subject matter jurisdiction (Doc. No. 15) is granted; and

3. The Clerk of the Court is directed to close the case.

DATED: March 18, 2009.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT